Richard Willard KAY, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 12654.

United States Court of Appeals
Sixth Circuit.

May 4, 1956.

Erich Merrill, Memphis, Tenn., for appellant.

Millsaps Fitzhugh and Edward N. Vaden, Memphis, Tenn., for appellee.

Before SIMONS, Chief Judge, and McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

The order appealed from is vacated and the case remanded to the district court, in accordance with the opinion of this court in Kay v. United States of America, 6 Cir., 233 F.2d 442.

Marjorie Arkison KELLY, Plaintiff-Respondent,

v.

JOHN HANCOCK MUTUAL LIFE IN-SURANCE COMPANY, Defendant-Appellant.

No. 346, Docket 24018.

United States Court of Appeals
Second Circuit.

Argued May 15, 1956.

Decided June 29, 1956.

Robert J. McKeever, Port Chester, N. Y. (William D. Sporborg, Jr., Port Chester, N. Y., of counsel), for plaintiff-respondent.

Oeland & Kuhn, New York City (George W. Riley, New York City, of counsel), for defendant-appellant.

Before MEDINA, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Dawson, reported at 136 F.Supp. 539.